WALTER A. BRIGGS, special administrator, *vs.* THERESA L. BROWN & another. June 3, 1955. Decree affirmed. The special administrator of the estate of Mary C. Brown, who died on November 10, 1952, seeks to set aside a joint bank account created by the decedent with her daughter Theresa L. Brown. The judge found that the decedent intended her daughter, if she should survive, as she did, to have the account, and entered a decree that the daughter owned the account. The special administrator appealed. An examination of the reported evidence shows no error of fact or of law. *Hiller* v. *Hiller*, 305 Mass. 163. *MacLennan* v. *MacLennan*, 316 Mass. 593, 595.
  *Gordon M. Owen*, for the petitioner, submitted a brief.
  No argument nor brief for the respondents.

HERBERT LORD *vs.* MARY T. FIORENZA & others. June 3, 1955. Orders sustaining demurrers affirmed. This is a bill in equity to enjoin the defendant Fiorenza from leasing a certain parcel of land in the town of Winchester for use as a gasoline filling station and to enjoin the defendant board of selectmen of the said town from issuing a permit for the storage of gasoline and oil on the said parcel. The plaintiff, who is described in the bill as one who "has a buyer, ready, able and willing to buy the said land and deed it" to a neighboring church, appeals from orders sustaining the defendants' demurrers. The plaintiff concedes that the bill cannot be regarded as a taxpayers' petition to restrain illegal expenditures. G. L. (Ter. Ed.) c. 40, § 53. His present contention that the bill may be maintained on the theory of a resulting trust based upon an oral promise made in 1935 to one now deceased by Caroline J. Murray, a former owner, also now deceased, cannot be upheld. G. L. (Ter. Ed.) c. 203, § 1. *Sprague* v. *Kimball*, 213 Mass. 380. It is unnecessary to enumerate other fatal defects in the bill.
  *Herbert Lord*, pro se.
  *James Levensohn*, for the defendant Fiorenza.
  *George S. Parker*, for the defendants Selectmen of Winchester.
  *Frederick W. Mansfield*, for the defendants Immaculate Conception Parish of Winchester and others.